UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| SCOTT J MCCRIMMON<br>JULIE MCCRIMMON<br><br>Debtor(s) | Case No. 08-09386-PHX RTB<br><br>APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2007 | 10/26/09 | Cash-On-Demand, LLC<br>255 Gold Rivers Court, 3rd Fl<br>Basalt, CO 81621 | $215.93 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $215.93 to the Clerk of the Court to be deposited in the Registry thereof.

| February 11, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |